UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MARK O'LEARY

     Plaintiff,

v.                                                    Civil Action No. 2:22-cv-00182-JDL

PATRIOT SUBARU OF SACO, INC.

     Defendant.

## STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Dated at Portland, Maine this 12th day of July 2023

/s/ Chad T. Hansen
Chad T. Hansen, Esq.
Attorney for the Plaintiff
Employee Rights Group
92 Exchange Street
Portland, Maine 04101
207-874-0905
chad@employeerightslaw.attorney

/s/ Stephen E. F. Langsdorf
Stephen E. F. Langsdorf, Esq.
Attorney for Defendant

Preti Flaherty Beliveau &
Pachios LL

P.O. Box 9546
Portland, ME 04112-9546
207-791-3000
SLangsdorf@preti.com

CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon all counsel via the Court's ECF system.


Date:  July 12, 2023                          /s/ Chad T. Hansen

                                              Chad T. Hansen